IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LL, a minor, by and through her Father and Guardian ad Litem, ANDY LYON<br><br>Petitioner,<br><br>vs.<br><br>LOGAN RIVER ACADEMY, LLC; and DOES 1 through X,<br><br>Respondents. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 1:09-cv-0029 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge David Nuffer |

FILED U.S. DISTRICT COURT
2009 MAY -6 A 10: 41
DISTRICT OF UTAH
BY:_____

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate David Nuffer under 28 U.S.C. § 636(b)(1)(B). On March 16, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that Logan River Academy, LLC's Motion to Dismiss be granted. LL timely filed an objection to the Report and Recommendation on March 26, 2009. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. Accordingly, Logan River Academy, LLC's Motion to Dismiss is GRANTED.[1]

SO ORDERED this ___ day of May, 2009.

BY THE COURT:

_____
Clark Waddoups
United States District Judge

---

[1] Docket No. 5.